UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIANE VOMARO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and KRISTEN S. MANTYLA, ESQ.,<br><br>　　　　Defendants. | Case No. 2:14-cv-07244-JFB-AKT |

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by Plaintiff and Defendants, pursuant to Fed.R.Civ.P. 41, that the within matter is dismissed with prejudice and without costs.

Eric S. Pillischer, Esq.
Attorney for Plaintiff

_/s/ Eric S. Pillischer_

Eric S. Pillischer, Esq.
8 Cutchogue Lane
Commack, NY 11725

Dated: 2-19-15

Maurice & Needleman, P.C.
Attorneys for Defendants
Portfolio Recovery Associates, LLC
and Kristen S. Mantyla, Esq.

**/s/ Thomas R. Dominczyk**
Thomas R. Dominczyk, Esq.
5 Walter E. Foran Blvd., Suite 2007
Flemington, NJ 08822
(908) 237-4550

Dated: _____

And now, this _____ day of _____, the above Stipulation is approved:

_____